Harry M. Englestein and Louis Englestein, trading as Harry M. and Louis Englestein, appellees, v. James P. Monahan, appellant. Gen. No. 27,661.

Action for commissions as real estate brokers. Judgment for

plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

King, Brower & Hurlbut, for appellant. Samuels, Lawton & Wittelle, for appellees.

Mr. Justice Gridley delivered the opinion of the court.